RAFFI R. SHAHINIAN
Cal. Bar No. 185962
    815 S. Central Avenue, Suite 19
    Glendale, CA 91204
    T: (818) 244-8843
    F: (818) 244-8834
    E: *shahinianlaw@gmail.com*
Attorney for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
MAY 1 2 2009
CENTRAL DISTRICT OF CALIFORNIA
BY      DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KARAPET BALTAYAN,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of<br>Social Security,<br><br>    Defendant. | NO.   CV 08-07028 FMO<br><br>[~~PROPOSED~~] ORDER RE: E.A.J.A. FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of One Thousand Eight Hundred Dollars and 00/cents ($1,800.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED: 5-12-09

FERNANDO M. OLGUIN
UNITED STATES MAGISTRATE JUDGE